## Kazan *v.* Wilkes-Barre Railway Corporation, Appellant.

Argued April 13, 1943. Before MAXEY, C. J.; DREW, LINN, STERN, PATTERSON, PARKER and STEARNE, JJ.

*Frank P. Slattery,* with him *Ben R. Jones, Jr.,* and *Paul Bedford,* for appellant.

*Thomas M. Lewis,* with him *Max Rosenn,* for appellee.

PER CURIAM, May 10, 1943:

The judgment entered by the Superior Court is affirmed on the opinion of Judge BALDRIGE of that court.